## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **PRESTON JEROME TAYLOR** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:23-cv-299-TFM-B** |
| | ) | |
| **NAPH CARE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is

**ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice**

pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final

Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 3rd day of November, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE